| | |
|---|---|
| 1 | DILLINGHAM & MURPHY, LLP |
| | ERIC B. SIMON (SBN 160077) |
| 2 | LUCY F. WANG (SBN 199772) |
| | 225 Bush Street, 6th Floor |
| 3 | San Francisco, California 94104-4207 |
| | Telephone:     (415) 397-2700 |
| 4 | Facsimile:      (415) 397-3300 |
| 5 | Attorneys for Defendants |
| | MODERN GROUP LTD. AND DRAGON ESP, LTD. |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK GRANGE,<br><br>            Plaintiff,<br><br>     v.<br><br>MODERN GROUP LTD., DRAGON ESP, LTD., ESPM, INC., and DOES 1 through 25, inclusive,<br><br>            Defendants. | Case No. CIV.S-04-1815 WBS JFM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DISCOVERY CUT-OFF** |

### **STIPULATION**

**IT IS HEREBY STIPULATED**, by and between the parties hereto, through their respective counsel, that the discovery cut-off date established in the Court's December 2, 2004, Case Management Order, be extended 30 days up to and including September 29, 2005. The extension of the discovery cut-off date will not effect any of the other dates set by the Court.

Dated: August __ , 2005         DILLINGHAM & MURPHY, LLP
                                ERIC B. SIMON
                                LUCY F. WANG


                         By: _____
                             Attorneys for Defendant
                             MODERN GROUP LTD. AND
                             DRAGON ESP, LTD.

---

**Page 1 - Case No. CIV.S-04-1815 WBS JFM**
**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DISCOVERY CUT-OFF**

Dated: August __, 2005         SCHEER & IMFELD, LLP
                               MICHAEL D. IMFELD


                               By: _____
                                   Attorneys for Plaintiff
                                   FREDERICK GRANGE


**ORDER**

IT IS SO ORDERED.

Dated:  August 4, 2005         /s/ William B. Shubb
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

---

**Page 2 - Case No. CIV.S-04-1815 WBS JFM**
**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DISCOVERY CUT-OFF**