SCHEER & IMFELD, LLP
SPENCER P. SCHEER # 107750
MICHAEL D. IMFELD # 76851
100 Smith Ranch Rd., Suite 306
San Rafael, CA 94903
Telephone:     (415) 491-8900
Facsimile:       (415) 491-8910

Attorneys for Plaintiff FRED GRANGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDERICK GRANGE, | Case No. 04-CV-1815 WBS/JM |
| Plaintiff, | **ORDER EXONERATING BOND POSTED IN CONNECTION WITH TEMPORARY RESTRAINING ORDER** |
| vs. | HEARING DATE: Hearing Date<br>TIME: |
| MODERN GROUP, LTD., et al., | JUDGE: Hon. William B. Schubb |
| Defendants. | |

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties in this case, through their attorneys, Michael D. Imfeld and Scheer & Imfeld, LLP, for Plaintiff and Eric B. Simon and Dillingham & Murphy, LLP, for Defendants, that the $30,000 bond posted in connection with the preliminary injunction issued in this case is discharged and exonerated.

Dated:  December 22, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE